

# Case #2017CI08592

**Name:** ETHYL SMITH

**Date Filed:** 05/10/2017

**Case Status:** PENDING

**Litigant Type:** PLAINTIFF

**Court:** 407

**Docket Type:** MOTOR VEHICLE ACCIDENT

**Business Name:**

**Style:** ETHYL SMITH

**Style (2):** vs US FOODS

# Case History

*Currently viewing 1 through 4 of 4 records*

| Sequence | Date Filed | Description |
|---|---|---|
| P00003 | 6/9/2017 | ORIGINAL ANSWER OF<br>US FOODS, INC |
| S00001 | 5/12/2017 | CITATION<br>US FOODS<br>ISSUED: 5/12/2017 RECEIVED: 5/18/2017<br>EXECUTED: 5/18/2017 RETURNED: 5/26/2017 |
| P00002 | 5/10/2017 | SERVICE ASSIGNED TO CLERK 1 |
| P00001 | 5/10/2017 | PETITION |

FILED
5/10/2017 10:37:04 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Edgar Garcia

citpps-sac1

**2017CI08592**

CAUSE NO. _____

| | | |
|---|---|---|
| ETHYL SMITH | | IN THE DISTRICT COURT |
| | Plaintiff | |
| VS. | | 407th JUDICIAL DISTRICT |
| U.S. FOODS | | BEXAR COUNTY, TEXAS |
| | Defendant | |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, ETHYL SMITH, hereinafter referred to as Plaintiff, complaining of U.S. FOODS hereinafter referred to as Defendant, and for cause of action would respectfully show the Court as follows:

### I.

Plaintiffs are resident of San Antonio, Bexar County, Texas.

The Defendant, U.S. FOODS, is a business based in San Antonio, Bexar County, Texas and service of citation may be obtained on this defendant by serving the registered agent, C.T. CORPORATION SYSTEM, 1999 Bryant Street, Suite 900, Dallas, Texas 75701.

This is a level 3-discovery case.

### II.

Venue is proper in Bexar County pursuant to the Texas Civil Practice and remedies Code Section 15.001 as all or part of the cause of action accrued in Bexar County.

## III.

Plaintiff alleges that on or about December 9, 2016, Plaintiff, ETHYL SMITH was a passenger on VIA bus #24 when Defendant struck the VIA bus on the side where Plaintiff was seated. The accident happened at Commerce Street and Alamo Street when the Defendant struck the VIA bus.

## IV.

Plaintiff allege the collision in question was caused by the following acts or omissions of negligence on the part of the Defendant, U.S. FOODS and that each and all of such acts or omissions of negligence were a proximate cause of the collision:

a. In failing to keep a proper lookout;

b. Driver Inattention;

c. Faulty evasive actions

d. Failure to timely apply brakes;

## V.

This action is maintained pursuant to any laws under the State of Texas or common law remedy specified in the Petition to recover all the damages which are due to the Plaintiff because of this collision. Plaintiff would allege that they are entitled to damages listed below:

1) Physical pain and mental anguish in the past;
2) Physical pain and mental anguish in the future;
3) Physical impairment in the past;
4) Physical impairment in the future;
5) Medical expenses in the past; and
6) Medical expenses in the future.

## VI.

The Plaintiff further request that he be awarded prejudgment and post judgment interest on all accrued damages in an amount allowed by law from the date of this occurrence to the date of trial.

WHEREFORE, PREMISES CONSIDERED, Plaintiff pray that citation and notice issue in accordance with the law; that the Plaintiff recover the actual damages; that the Plaintiff recover pre and post judgment interest; and that the Plaintiff recover costs of this proceeding; and that Plaintiff have other and such other and further relief to which she may be justly entitled but not exceed $1,500,000.

Respectfully submitted,

LAW OFFICE OF SAM BELTRAN
111 Soledad, Suite 1235
San Antonio, Texas 78205
(210) 225-5511 (office)
(210) 225-7916 (fax)

BY: _____
SAM BELTRAN
SBN: 02112100
Attorney for Plaintiff

3

PRIVATE PROCESS

Case Number: 2017-CI-08592      2017CI08592 S00001

**ETHYL SMITH**
**VS.**
**US FOODS**
(Note: Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: US FOODS

BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM

*delivered 05/16/17 1:00 pm*

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION, a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 10th day of May, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 12TH DAY OF MAY A.D., 2017.

SAM R BELTRAN
ATTORNEY FOR PLAINTIFF
111 SOLEDAD ST 1235
SAN ANTONIO, TX 78205-2230



Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Krystal Gonzalez*, Deputy

---

ETHYL SMITH
VS
US FOODS

**Officer's Return**

Case Number: 2017-CI-08592
Court: 407th Judicial District Court

I received this CITATION on _____ at _____ o'clock __M. and ( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock __M. at _____ or ( ) not executed because _____

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the ____ day of _____, 20____.

*CMY 05/16/17 9:26 am*

Declarant

ORIGINAL (DK002)

FILED
6/9/2017 9:44:19 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Christopher Morrow

Case 5:17-cv-00543-DAE   Document 1-1   Filed 06/19/17   Page 7 of 9

EXHIBIT A-3

CAUSE NO. 2017CI08592

| | | |
|---|---|---|
| ETHYL SMITH | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 407TH JUDICIAL DISTRICT |
| | § | |
| US FOODS, INC. | § | BEXAR COUNTY, TEXAS |

### DEFENDANT US FOODS, INC.'S ORIGINAL ANSWER

Defendant US Foods, Inc. ("Defendant") files its Original Answer to Plaintiff's Original Petition as follows:

#### I.

#### GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, Defendant generally denies, each and every, all and singular, the material allegations contained in Plaintiff's most recent petition, and any amendments thereto, and demands strict proof thereof. Defendant reserves its rights to plead further at a later date.

#### II.

#### AFFIRMATIVE DEFENSES

1.      Plaintiff's entitlement to relief is limited due to her failure to mitigate her damages.

2.      Any recovery for Plaintiff must be reduced by the comparative negligence, fault, responsibility or causation attributable to Plaintiff or responsible third parties and/or settling persons.

3.      The incident complained of by Plaintiff was caused solely by negligence and/or carelessness on the part of Plaintiff.

4. Plaintiff's claims are barred because any alleged damages or injuries to Plaintiff were caused by an intervening cause, a superseding cause, a new and independent cause, an unforeseeable cause and/or a preexisting cause unrelated to any conduct of Defendant.

## III.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant request that Plaintiff take nothing by the suit and that the Defendant recover costs of court; and that Defendant have such other and further relief, in Defendant's favor, to which it may be justly entitled.

Respectfully submitted,

By: /s/ S. Wesley Butler
**Craig A. McDougal**
State Bar No. 13569850
cmcdougal@kilpatricktownsend.com
**S. Wesley Butler**
State Bar No. 24045593
wbutler@kilpatricktownsend.com

**KILPATRICK TOWNSEND & STOCKTON L.L.P.**
2001 Ross Ave., Suite 4400
Dallas, Texas 75201
Telephone:   (214) 922-7100
Telecopier:   (214) 922-7101

**ATTORNEYS FOR DEFENDANT
US FOODS, INC.**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served upon all counsel of record via certified mail, rrr and/or electronic service, on this 9th day of June, 2016.

    Sam Beltran
    Law Offices of Sam Beltran
    111 Soledad, Suite 1235
    San Antonio, TX  78205

                                                      /s/ S. Wesley Butler