# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ETHYL SMITH** § | |
| § | |
| **v.** § | |
| § | **Case No. 5:17CV543-DAE** |
| **US FOODS, INC.** § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ethyl Smith ("Plaintiff") and Defendant US Foods, Inc. pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), file this Agreed Stipulation of Dismissal as follows:

**I.**

Plaintiff Ethyl Smith ("Plaintiff") sued Defendant US Foods, Inc. ("Defendant").

**II.**

Plaintiff asks this court to sign an order of dismissal on all of Plaintiff's claims against Defendant US Foods, Inc. with prejudice to refiling same.

**III**.

All parties in this matter have conferred and agree to this Stipulation of Dismissal.

Respectfully submitted,

/s/ Sam Beltran
**Sam Beltran**
State Bar No. 02112100

**Law Offices of Sam Beltran**
111 Soledad, Suite 1235
San Antonio, TX  78205
Telephone:  210-225-5511
Facsimile:  210-225-7916

**ATTORNEY FOR PLAINTIFF**

/s/ S. Wesley Butler
**Craig A. McDougal**
State Bar No.: 13569850
**S. Wesley Butler**
State Bar No. 24045593

**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas  75201
Telephone:     (214) 922-7100
Telecopier:    (214) 279-5113
Email:         cmcdougal@kilpatricktownsend.com
               wbutler@kilpatricktownsend.com

**ATTORNEY FOR DEFENDANT**
**US FOODS, INC.**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon all counsel of record via electronic service, on this 22nd  day of January, 2018.

Sam Beltran
Law Offices of Sam Beltran
111 Soledad, Suite 1235
San Antonio, TX  78205

/s/ S. Wesley Butler